Sarah Lynn Piper
350 Deauville Street
Las Vegas, Nevada 89106
Telephone: (702) 355-9095
E-Mail: DooneyChick@gmail.com
In Proper Person

MRB RECEIVED AND FILED

2018 AUG 31 PM 3 27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-18-10115-MKN |
| --- | --- |
| SARAH PIPER, | Chapter 7 |
| Debtor. | **DECLARATION OF SARAH PIPER** |

I, Sarah Lynn Piper, declare under penalty of perjury:

1. I am over the age of eighteen and I have personal knowledge of the facts in this matter, except where stated upon information and belief, and if called to testify, I could and would testify to the following statements set forth herein.

2. I make this Declaration in support of the Motion To Strike Objection To Discharge With Prejudice ("Motion").[1]

3. To date, I have not received a copy of the Objection To Claim [ECF No. 23] from Peterson and I have not received any notices indicating that a hearing has been set by the Court.

Dated this 31st day of August, 2018.

_____
Sarah Lynn Piper

---

[1] Unless defined herein, all capitalized terms have the meanings ascribed them in the Motion

- 1 -

## CERTIFICATE OF SERVICE

I caused foregoing Declaration Of Sarah Piper on August 31, 2018, by the following means by First Class United States Mail, postage fully prepaid to:

Adam K. Peterson
3517 Perching Bird Lane
North Las Vegas, Nevada 89084

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 31st day of August, 2018.

_____
Sarah Lynn Piper