1  Sarah Lynn Piper
   350 Deauville Street
2  Las Vegas, Nevada 89106
3  Telephone: (702) 355-9095
   E-Mail: DooneyChick@gmail.com
4  In Proper Person

RECEIVED
MRB
2018 AUG 31 PM 3 27
U.S. B... ...RT
...RK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-18-10115-MKN |
|---|---|
| SARAH PIPER, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING REGARDING MOTION TO STRIKE OBJECTION TO DISCHARGE WITH PREJUDICE** |
| | Hearing Date: October 3, 2018<br>Hearing Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that Sarah Lynn Piper ("Debtor" or "Defendant"), appearing In Proper Person, has filed a Motion To Strike Objection To Discharge With Prejudice ("Motion").[1] As set forth in this Motion, the Debtor respectfully requests that this Court strike, with prejudice, the Objection To Discharge [ECF No. 23] filed by Peterson since it was improperly filed pursuant to 11 U.S.C. § 523(c) and not properly noticed pursuant to Local Rule 9014.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

///

///

///

---

[1] Unless defined herein, all capitalized terms have the meanings ascribed them in the Motion

- 1 -

1  | If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

Copies of the Motion and any supporting documents may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on October 3, 2018 at 9:30 a.m.

Dated this 31st day of August, 2018.

/s/ Sarah Lynn Piper
Sarah Lynn Piper
350 Deauville Street
Las Vegas, Nevada 89106
Telephone: (702) 355-9095
E-Mail: DooneyChick@gmail.com
In Proper Person

- 2 -

**CERTIFICATE OF SERVICE**

I caused foregoing Notice of Hearing Regarding Motion To Strike Objection To Discharge With Prejudice on August 31, 2018, by the following means by First Class United States Mail, postage fully prepaid to:

    Adam K. Peterson
    3517 Perching Bird Lane
    North Las Vegas, Nevada 89084

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 31st day of August, 2018.

*[signature]*

Sarah Lynn Piper