

Sarah Lynn Piper
350 Deauville Street
Las Vegas, Nevada 89106
Telephone: (702) 355-9095
E-Mail: DooneyChick@gmail.com
In Proper Person

RECEIVED
AND FILED

2018 SEP 7 PM 3 34

U.S. B......... COURT
MAR.................... CLERK

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-18-10115-MKN |
|---|---|
| SARAH PIPER, | Chapter 7 |
| Debtor. | **AMENDED SUPPLEMENTAL CERTIFICATE OF SERVICE** |

1. On August 31, 2018, I caused to be served the following documents:

   a. Notice Of Hearing Regarding Motion To Strike Objection To Discharge With Prejudice.

2. I served the above-named document(s) by the following means to the persons as listed below:

☐ a. **By ECF System:**

■ b. **By United States mail, postage fully prepaid**:

SEE ATTACHED MATRIX

☐ c. **By First Class International Mail, postage fully prepaid on:**

☐ d. **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ e. **By direct email (as opposed to through the ECF System)**

1           Based upon the written agreement to accept service by email or a court order, I

2  caused the document(s) to be sent to the persons at the email addresses listed below. I did not

3  receive, within a reasonable time after the transmission, any electronic message or other indication

4  that the transmission was unsuccessful.

5  ☐    f.    **By fax transmission**

6           Based upon the written agreement of the parties to accept service by fax

7  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed

8  below. No error was reported by the fax machine that I used. A copy of the record of the fax

9  transmission is attached.

10  **I declare under penalty of perjury that the foregoing is true and correct.**

11          Dated this 6th day of September, 2018.

Sarah Lynn Piper

Label Matrix for local noticing
0978-2
Case 18-10115-mkn
District of Nevada
Las Vegas
Fri Aug 31 15:48:57 PDT 2018

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541-1021

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Adam Keith Peterson
Acct No xxxxx2755
3517 Perching Bird Lane
North Las Vegas, NV 89084-2361

Dollar Loan Center
4700 meadows ln
Las vegas, NV 89107-2507

Dollar Loan Center
Acct No xxx1635
6122 W Sahara Ave
Las Vegas, NV 89146-3051

Dollar Loan Center
Acct No xxx2128
Attn: Bankruptcy
8860 W Sunset Road
Las Vegas, NV 89148-4898

Dollar Loan Center
Acct No xxx3726
Attn: Bankruptcy
8860 W Sunset Road
Las Vegas, NV 89148-4898

Dollar Loan Center
Acct No xxx8217
Attn: Bankruptcy
8860 W Sunset Road
Las Vegas, NV 89148-4898

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rapid Cash
Acct No xxxxxx28.00
2801 w washington ave.
las vegas, NV 89107-2257

Rapid Cash
Acct No xxxxxx37.00
2801 w washington ave.
Las Vegas, NV 89107-2257

Rapid Cash
Acct No xxxxxx70.00
2801 w washington ave
las vegas, NV 89107-2257

Rc Willey Home Furnishings
Acct No xxxxxx5960
Attn: Bankruptcy
Po Box 410429
Salt Lake City, UT 84141-0429

Synchrony Bank/Walmart
Acct No xxxxxxxxxxx6100
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

check city
6510 n buffalo dr
las vegas, NV 89131-4055

ADAM K PETERSON
3517 PERCHING BIRD LANE
NORTH LAS VEGAS, NV 89084-2361

SARAH LYNN PIPER
350 DEAUVILLE STREET
LAS VEGAS, NV 89106-3913

SETH D BALLSTAEDT
THE BALLSTAEDT LAW FIRM
9555 S. EASTERN AVE, STE #285
LAS VEGAS, NV 89123-8009

SHELLEY D KROHN
510 S 8TH STREET
LAS VEGAS, NV 89101-7003

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Acct No xxxxxxxxxxxxxxx3187
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients     20
Bypassed recipients      1
Total                   21